UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARIUS  MITCHELL, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-366 |
| | § | |
| M.  ROESLER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER TO TRANSFER</u>

State inmate Darius Mitchell (TDCJ #01490309) has filed a complaint alleging violations of his civil rights. Mitchell, who is of the Hindu faith, alleges that officials at the Ellis Unit of the Texas Department of Criminal Justice ("TDCJ") are unconstitutionally restricting his religious rights by denying him permission to wear a headband that covers his forehead (Dkt. 1 at pp. 3–4). TDCJ's Ellis Unit is located in Walker County, which is located in the Houston Division of the Southern District of Texas. The Court will transfer these claims to that division. *See* 28 U.S.C. §§ 124(b)(2), 1391(b), 1404(a).

The Court **ORDERS** the District Clerk to **TRANSFER** this case to the United States District Court for the Southern District of Texas, Houston Division.

The Clerk will send a copy of this order to the parties**.**

SIGNED at Galveston, Texas, this 1st day of December, 2017.

George C. Hanks Jr.
United States District Judge